IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIRK ALTMANSHOFER,** | : | |
| **Plaintiff** | : | **No. 1:20-cv-00876** |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **DISPLAY SOURCE ALLIANCE, LLC.,** | : | |
| **et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 8th day of December 2020, upon consideration of Defendants Henry Leaverton, Thomas Leaverton, and Javier Espinosa (collectively "the Individual Defendants")' motion to dismiss Plaintiff Kirk Altmanshofer ("Plaintiff")'s first amended complaint (Doc. No. 16), in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Individual Defendants' motion to dismiss (Doc. No. 16) is **GRANTED**;

2. Plaintiff's claims against the Individual Defendants are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file a motion for leave to file a second amended complaint within thirty (30) days of the date of this Order; and

3. The Clerk of Court is directed to terminate the Individual Defendants from this action.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania